IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **EVA DURM,** *et vir.* | * |
| **Plaintiffs** | * |
| v. | *   Civil Action No. _____ |
| **WALMART, INC.** | * |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF REMOVAL OF CIVIL ACTION
AND STATEMENT OF GROUNDS FOR REMOVAL**

To Plaintiffs and Their Attorney of Record:

Please take notice that Defendant Walmart, Inc. ("Walmart") named in the civil action filed in the Circuit Court for Anne Arundel County, Maryland, Case Number C-09-CV-20-001648 ("the State Case"), hereby notes the removal of this action to the United States District Court for the District of Maryland, Northern Division. In support thereof, Walmart states the following:

1. On or about September 1, 2020, Walmart was served with a Complaint, Writ of Summons, and a Civil Non-Domestic Case Information Report, attached hereto and identified as Exhibits 1 - 3.

2. Plaintiffs' Complaint is based upon an allegations of negligence and premises liability for Plaintiff Eva Durm's alleged personal injury at Walmart Store #5382 located in Pasadena, Anne Arundel County, Maryland.

3. Plaintiff seeks monetary damages in excess of Seventy-Five Thousand Dollars ($75,000) for her negligence claim. *See* Complaint, Ex. 1.

4. Plaintiffs Eva Durm and George Durm, husband and wife, are residents of the State of Maryland. *See* Complaint, Ex. 1.

5. Defendant Walmart, Inc. is a corporation incorporated under the laws of the State of Delaware and maintains its principal place of business in the State of Arkansas.

6. The germane section of 28 U.S.C. §1332(a) provides:

> (a) The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between –
> (1) citizens of different States;

7. Removal to the United States District Court for the District of Maryland, Northern Division, is appropriate in this civil action based on diversity of citizenship pursuant to 28 U.S.C. §1332(a).

8. Diversity of citizenship is present in this civil action as Plaintiffs' Complaint seeks damages in excess of Seventy Five Thousand Dollars ($75,000.00), and is between citizens of different States. *Id.*

9. Pursuant to 28 U.S.C. §1441(b)(2), no defendant is a citizen of the State of Maryland.

10. Walmart reserves its right to amend this Notice of Removal.

11. Walmart reserves all defenses, including, without limitation, the defense of lack of personal jurisdiction.

12. As required by 28 U.S.C. §1446(a) and Local Rule 103(5)(a), true and legible copies of all process, pleadings, and documents served upon Walmart in the State Case that is being removed, as of this date, are being filed with this Notice of Removal as Exhibits 1 - 3.

**WHEREFORE**, Defendant Walmart, Inc. respectfully requests that this civil action be removed to the United States District Court for the District of Maryland, Northern Division based on diversity of citizenship pursuant to 28 U.S.C. 1332(a).

Respectfully Submitted,

MCNAMEE, HOSEA, JERNIGAN, KIM GREENAN & LYNCH, P.A.


*/s/ Jennifer M. Alexander*
Jennifer M. Alexander, Esquire
Federal Bar No. 15222
888 Bestgate Road, Suite 402
Annapolis, MD 21401
Phone: 410-266-9909
Fax:    410-266-8425
jalexander@mhlawyers.com


*/s/ Kelly S. Kylis*
Kelly S. Kylis, Esquire
Federal Bar No.: 14126
888 Bestgate Road, Suite 402
Annapolis, MD 21401
Phone: 410-266-9909
Fax:    410-266-8425
kkylis@mhlawyers.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September 2020, I caused a true and correct copy of the foregoing Notice of Removal of Civil Action and Statement of Grounds for Removal to be served via first class mail, postage prepaid upon:

Christopher P. Brown, Esquire
BROWN & GETKA, P.A.
7420 Baltimore-Annapolis Blvd.
Glen Burnie, Maryland 21061
*Attorneys for Plaintiff*

*/s/ Jennifer M. Alexander*
Jennifer M. Alexander, Esquire